# Exhibit A
## Commission Payments

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27106 | 12/04/17 | 10/16/17 | GREGORY N JOHNSON | $ 254.17 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27106 | 12/04/17 | 10/16/17 | GREGORY N JOHNSON | | $ 1,000.00 |
| | | | TOTALS - 90 DAY | | 254.17 | 1,000.00 |
| | | | NET DISBURSEMENTS - 90 DAY | | | 745.83 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21779 | 12/04/17 | 06/14/17 | GREGORY N JOHNSON | | 1,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20741 | 12/04/17 | 06/14/17 | GREGORY N JOHNSON | 150.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20741 | 12/04/17 | 06/14/17 | GREGORY N JOHNSON | | 1,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 18687 | 12/04/17 | 03/17/17 | GREGORY N JOHNSON | 450.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 18687 | 12/04/17 | 03/17/17 | GREGORY N JOHNSON | | 675.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 17284 | 12/04/17 | 02/14/17 | GREGORY N JOHNSON | | 2,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14602 | 12/04/17 | 12/08/16 | GREGORY N JOHNSON | 125.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14602 | 12/04/17 | 12/08/16 | GREGORY N JOHNSON | | 675.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 13863 | 12/04/17 | 10/20/16 | GREGORY NEAL JOHNSON | 666.67 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 13863 | 12/04/17 | 10/20/16 | GREGORY NEAL JOHNSON | 250.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 13863 | 12/04/17 | 10/20/16 | GREGORY NEAL JOHNSON | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 13510 | 12/04/17 | 10/17/16 | GREGORY NEAL JOHNSON | | 750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 9319 | 12/04/17 | 08/31/16 | GREGORY NEAL JOHNSON | 833.33 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 9319 | 12/04/17 | 08/31/16 | GREGORY NEAL JOHNSON | 312.50 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 9319 | 12/04/17 | 08/31/16 | GREGORY NEAL JOHNSON | | 1,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 9165 | 12/04/17 | 08/25/16 | GREGORY NEAL JOHNSON | | 1,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8979 | 12/04/17 | 08/25/16 | GREGORY NEAL JOHNSON | 390.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8979 | 12/04/17 | 08/25/16 | GREGORY NEAL JOHNSON | | 1,170.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8580 | 12/04/17 | 08/16/16 | GREGORY NEAL JOHNSON | 326.67 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8580 | 12/04/17 | 08/16/16 | GREGORY NEAL JOHNSON | | 980.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8282 | 12/04/17 | 08/08/16 | GREGORY NEAL JOHNSON | 1,250.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8282 | 12/04/17 | 08/08/16 | GREGORY NEAL JOHNSON | | 3,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8283 | 12/04/17 | 08/08/16 | GREGORY NEAL JOHNSON | 750.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8283 | 12/04/17 | 08/08/16 | GREGORY NEAL JOHNSON | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8069 | 12/04/17 | 08/08/16 | GREGORY NEAL JOHNSON | 416.67 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8069 | 12/04/17 | 08/08/16 | GREGORY NEAL JOHNSON | | 1,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 6883 | 12/04/17 | 06/30/16 | GREGORY NEAL JOHNSON | 625.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 6883 | 12/04/17 | 06/30/16 | GREGORY NEAL JOHNSON | | 750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 6884 | 12/04/17 | 06/30/16 | GREGORY NEAL JOHNSON | 1,000.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 6884 | 12/04/17 | 06/30/16 | GREGORY NEAL JOHNSON | | 1,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 6865 | 12/04/17 | 06/27/16 | WEALTH MANAGEMENT RESOURCES, LLC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5267 | 12/04/17 | 05/18/16 | GREGORY NEAL JOHNSON | 825.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5267 | 12/04/17 | 05/18/16 | GREGORY NEAL JOHNSON | | 990.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 4969 | 12/04/17 | 05/11/16 | GREGORY NEAL JOHNSON | | 750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 4697 | 12/04/17 | 05/11/16 | GREGORY NEAL JOHNSON | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 4503 | 12/04/17 | 04/20/16 | GREGORY NEAL JOHNSON | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 4319 | 12/04/17 | 04/18/16 | GREGORY NEAL JOHNSON | | 750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 4320 | 12/04/17 | 04/18/16 | GREGORY NEAL JOHNSON | | 900.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 4072 | 12/04/17 | 04/18/16 | GREGORY NEAL JOHNSON | | 2,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 3987 | 12/04/17 | 04/06/16 | GREGORY NEAL JOHNSON | | 1,400.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 3988 | 12/04/17 | 04/05/16 | GREGORY NEAL JOHNSON | | 750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 3989 | 12/04/17 | 04/05/16 | GREGORY NEAL JOHNSON | | 750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 3538 | 12/04/17 | 04/05/16 | GREGORY NEAL JOHNSON | | 2,400.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 2887 | 12/04/17 | 03/10/16 | GREGORY NEAL JOHNSON | | 1,750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 2718 | 12/04/17 | 03/10/16 | GREGORY NEAL JOHNSON | | 1,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 2719 | 12/04/17 | 03/10/16 | GREGORY NEAL JOHNSON | | 750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 2606 | 12/04/17 | 03/02/16 | GREGORY NEAL JOHNSON | | 1,750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 2613 | 12/04/17 | 03/02/16 | GREGORY NEAL JOHNSON | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 2503 | 12/04/17 | 02/26/16 | GREGORY NEAL JOHNSON | | 990.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33931 | 12/04/17 | 01/05/16 | GREGORY NEAL JOHNSON | 2,000.00 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33931 | 12/04/17 | 01/05/16 | GREGORY NEAL JOHNSON | | 2,400.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33932 | 12/04/17 | 01/05/16 | GREGORY NEAL JOHNSON | 1,433.33 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33932 | 12/04/17 | 01/05/16 | GREGORY NEAL JOHNSON | | 1,720.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33943 | 12/04/17 | 01/05/16 | GREGORY NEAL JOHNSON | | 1,500.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33896 | 12/04/17 | 01/05/16 | GREGORY NEAL JOHNSON | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33709 | 12/04/17 | 01/05/16 | GREGORY NEAL JOHNSON | | 3,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33624 | 12/04/17 | 12/28/15 | GREGORY NEAL JOHNSON | | 1,170.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33625 | 12/04/17 | 12/28/15 | GREGORY NEAL JOHNSON | | 980.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33387 | 12/04/17 | 12/14/15 | GREGORY NEAL JOHNSON | 2,083.33 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33387 | 12/04/17 | 12/14/15 | GREGORY NEAL JOHNSON | | 2,500.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33321 | 12/04/17 | 12/14/15 | GREGORY NEAL JOHNSON | | 1,250.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33322 | 12/04/17 | 12/14/15 | GREGORY NEAL JOHNSON | | 875.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33198 | 12/04/17 | 12/09/15 | GREGORY NEAL JOHNSON | | 875.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33226 | 12/04/17 | 12/09/15 | GREGORY NEAL JOHNSON | 687.50 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33226 | 12/04/17 | 12/09/15 | GREGORY NEAL JOHNSON | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33227 | 12/04/17 | 12/09/15 | GREGORY NEAL JOHNSON | 625.00 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33227 | 12/04/17 | 12/09/15 | GREGORY NEAL JOHNSON | | 750.00 |
| | | | TOTALS - 2 YEAR (INCL. 90 DAY) | | 15,454.17 | 62,900.00 |
| | | | NET DISBURSEMENTS - 2 YEAR (INCL. 90 DAY) | | | 47,445.83 |

Exhibit A

Commission Payments

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32762 | 12/04/17 | 11/17/15 | GREGORY NEAL JOHNSON | | 1,720.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32546 | 12/04/17 | 11/03/15 | GREGORY NEAL JOHNSON | | 1,250.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32461 | 12/04/17 | 10/27/15 | GREGORY NEAL JOHNSON | | 2,400.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32462 | 12/04/17 | 10/27/15 | GREGORY NEAL JOHNSON | | 1,020.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32463 | 12/04/17 | 10/27/15 | GREGORY NEAL JOHNSON | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32312 | 12/04/17 | 10/19/15 | GREGORY NEAL JOHNSON | | 2,500.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32210 | 12/04/17 | 10/16/15 | GREGORY NEAL JOHNSON | | 750.00 |
| | | | | TOTALS - 4 YEAR (INCL. 2 YEAR AND 90 DAY) | $ 15,454.17 | $ 73,290.00 |
| | | | | NET DISBURSEMENTS - 4 YEAR (INCL. 2 YEAR AND 90 DAY) | | $ 57,835.83 |